```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| WHEELER ZAMICHIELI | : | NO. 12-182 |

<u>ORDER</u>

AND NOW, this 25th day of June 2024, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of Wheeler Zamichieli for early termination of supervised release (Doc. # 474) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                       J.